O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN PACIFIC KRAFT, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DURO BAG MANUFACTURING COMPANY, a Kentucky corporation,<br><br>　　　　Defendants.<br>_____ | Case No. CV 10-06017 DDP (SSx)<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR LEAVE TO CONDUCT DISCOVERY IN PART**<br><br>**[Dkt. No. 90]** |

　　　Good cause being shown, Defendant's <u>ex parte</u> Application for an Order to Exclude Testimony and Evidence or for Leave To Conduct Discovery is granted in part. Insofar as Defendant seeks an order excluding testimony and evidence, the Application is denied. The court hereby grants Defendant leave to conduct discovery as to the seven customers identified in Plaintiff's supplemental interrogatory responses of November 26, 2012 (B & S Foods, Coremark International, CSB, Fatima, Nature's Best, Regal Poly and Paper, and Shamrock Foods Co.). If necessary, Plaintiffs may subsequently file supplemental expert reports. All remaining depositions, including those relating to the seven customers at issue here,

```
 1  shall be completed within thirty days of the date of this order.
 2  All other dates remain unchanged.  No further continuances shall be
 3  granted.
 4
 5  IT IS SO ORDERED.
 6
 7
 8  Dated:   December 27, 2012
                                         DEAN D. PREGERSON
 9                                       United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```