O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN PACIFIC KRAFT, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DURO BAG MANUFACTURING COMPANY, a Kentucky corporation,<br><br>　　　　Defendants.<br>_____ | Case No. CV 10-06017 DDP (SSx)<br><br>**ORDER GRANTING COUNTERCLAIMANT'S MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIM**<br><br>[Dkt. No. 100] |

　　Good cause being shown, Counterclaimant Duro Bag Manufacturing Company's Motion for Leave to File Amended Counterclaim is GRANTED. Any additional discovery shall be limited to that described in Counterclaimant's papers. (Reply at 5; Declaration of Marshall S. Brenner ¶ 10.) Subsequent depositions shall concern only the amended counterclaims, and shall be limited to three depositions of three hours each.

///

///

///

Any dispositive motion shall be filed by March 25, 2013. All other dates remain unchanged.

IT IS SO ORDERED.

Dated: February 8, 2013

DEAN D. PREGERSON
United States District Judge

2